UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASHRAF DARWISH,<br><br>Plaintiff,<br><br>-against-<br><br>SUMMIT COLLECTION SERVICES, INC.;<br>SUMMIT COLLECTION SERVICES NJ,<br>LLC, and JOHN DOES 1-25.<br><br>Defendant. | Civil Case No.: 2:18-cv-2488 (CCC)(JBC)<br><br>NOTICE OF VOLUNTARY<br>DISMISSAL<br>WITH PREJUDICE |

**PLEASE TAKE NOTICE** that the Plaintiff through his attorney, Jones, Wolf & Kapasi, LLC by Benjamin J. Wolf, Esq., pursuant to Rule 41 of the Federal Rules of Civil Procedure, does hereby withdraw his action with prejudice against SUMMIT COLLECTION SERVICES, INC.; SUMMIT COLLECTION SERVICES NJ, LLC, and JOHN DOES 1-25.

Dated: November 4, 2019

/s/ Benjamin J. Wolf
JONES, WOLF & KAPASI, LLC
Benjamin J. Wolf, Esq.
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004
(973) 227-5900 telephone
(973) 244-0019 facsimile

*Attorneys for Plaintiff*

SO ORDERED

s/Claire C. Cecchi
Claire C. Cecchi, U.S.D.J.

Date: 11/5/19